UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SHAROL J. CULVERSON, | ) CV 09-9052-CAS (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| DAWN DAVISON, | ) |
| Respondent. | ) |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: March 1, 2011

                                    CHRISTINA A. SNYDER
                                  UNITED STATES DISTRICT JUDGE